

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-84,779-01

### EX PARTE TIMOTHY G. KALLA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W199-81792-08-HC IN THE 199TH DISTRICT COURT
### FROM COLLIN COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault of a child and sentenced to twenty years' imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *Kalla v. State*, No. 05-09-01243-CR (Tex. App.—Dallas Feb. 14, 2011)(not designated for publication).

Applicant contends that trial counsel rendered ineffective assistance. On June 22, 2016, we denied this application, based on the trial court's findings, without a hearing. Subsequently, Applicant filed a request to reconsider, on our own motion, our ruling and informing the Court that

a habeas hearing was conducted by the trial court on March 30, 2015. On August 16, 2016, this Court received a transcript of the habeas hearing. After reviewing the transcript, we conclude that the hearing does not contradict any of the habeas court's findings. Therefore, we grant Applicant's motion, reconsider the original disposition, and deny this application, based on the trial court's findings, after a hearing. Relief is denied.

Filed: September 14, 2016
Do not publish